IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** *Plaintiff,* | § § § § § § § § § | NO. 6:20-CR-190-ADA-1 |
| v. | | |
| **CORI RESENDEZ** *Defendant.* | | |

### ORDER ADOPTING MAGISTRATE
### JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of United States Magistrate Judge Jeffrey C. Manske. ECF No. 82. The Report recommends that Defendant's Motion to Suppress be denied. *Id.* at 6. The Report was filed on April 12, 2023.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b). When no objections are filed, a district court reviews the magistrate judge's report and recommendation for clear error. *See Thomas v. Arn*, 474 U.S. 140, 150 (1985); *see also Douglass v. United Servs. Auto. Ass'n,* 79 F.3d 1415, 1428–29 (5th Cir. 1996). Here, no objections were filed. Accordingly, the Court has reviewed the Report and Recommendation and finds no clear error.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Manske (ECF No. 82) is **ACCEPTED AND ADOPTED**. Defendant's Motion to Suppress (ECF No. 62) is hereby **DENIED**.

**SIGNED** this 5th day of June, 2023.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE